# NO. 12-10-00260-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  | § |  |
| --- | --- | --- |
| *IN RE: MICHAEL KENNEDY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | | |
|  | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator Michael Kennedy filed a petition for writ of mandamus directing the trial court to rule on his motion to dismiss his counsel and his motion requesting an "incompetence hearing." Based on the record before us, we conclude that Relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *see also* **In re Kennedy**, No. 12–10–00251–CR, 2010 WL 3168245, at *1–2 (Tex. App.–Tyler Aug. 11, 2010, orig. proceeding) (mem. op., not designated for publication). Accordingly, we *deny* Relator's petition for writ of mandamus.

Opinion delivered August 18, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)